ACCEPTED
04-14-00398-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/24/2015 2:25:48 PM
KEITH HOTTLE
CLERK

# No. 04-14-00398-CV

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS JUDICIAL DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
4/24/2015 2:25:48 PM
KEITH E. HOTTLE
Clerk

**ALMA L. GOMEZ, ET AL.,**
*Appellants*

*vs.*

**HONDA MOTOR COMPANY, ET AL.,**
*Appellees*

***APPELLANTS' MOTION FOR EXTENION OF TIME TO FILE REHEARING MOTION***

TO THE JUSTICES:

Appellants Alma L. Gomez and Alberto F. Gomez, individually and as next friend of Jorge Elias Gomez, a deceased minor and on behalf of the Estate of Jorge Elias Gomez, a deceased minor, and Yolanda Medellin, individually and as next friend of Jesus Medellin requests this Court extend the deadline by which Appellants must file their rehearing motion by 30 days.[1] This Court issued its Opinion

---

[1] The undersigned is in need of an extension based on her pre-planned family vacation to Disney World that will occur next week. The undersigned is also burdened by other deadlines expiring before the rehearing motion is due: No. 04-15-00127-CV, *El Caballero Ranch, et al. v. Grace River Ranch, Inc.* (this Court; appellate brief); No. 14-0917, *Highway 205 Farms, et al. v. City of Dallas* (Supreme Court of Texas; reply brief); No. 15-0020, *In re Highway 205 Farms, et al.* (Supreme Court of Texas; reply brief).

on April 22, 2015, making Appellants' rehearing motion due on May 7, 2015. If this Court grants the Motion, Appellants rehearing motion will be due on June 8, 2015.

Respectfully submitted,

KELLER STOLARCZYK PLLC
234 West Bandera Road #120
Boerne, Texas 78006
Tele: 830.981.5000
Facs: 888.293.8580

/s/Kimberly S. Keller
Kimberly S. Keller
SBN: 24014182

*APPELLATE ATTORNEY FOR APPELLANTS*

## CERTIFICATE OF CONFERENCE & SERVICE

On April 23, 2015, I conferred with opposing counsel, Susan Vance, about this Motion. By the time of this Motion's filing, I had not yet heard a response back on Appellees' position. On April 24, 2015, this Motion was served on opposing counsel, listed below, via this Court's e-filing system or facsimile:

Wallace B. Jefferson
Susan Vance
ALEXANDER DUBOSE JEFFERSON & TOWNSEND
Congress Avenue, Suite 2350
Austin, Texas 78701-3562
(512) 482-9303 – Facsimile

Jeffrey S. Hawkins
Grant T. McFarland
State Bar No. 13598200
PRICHARD HAWKINS MCFARLAND
  & YOUNG, LLP
10101 Reunion Place, Suite 600
San Antonio, TX  78216
(210) 477-7450 – Facsimile

Francisco Martinez, III
LAW OFFICE OF FRANCISCO MARTINEZ, III
546 Madison Street
Eagle Pass, Texas 78852
(830) 757-0688

/s/Kimberly S. Keller
Kimberly S. Keller
